THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. IRVING FRIEDMAN, CHAS. SOLON, EMMA NICHOLS,
BECKIE LICHMAN, MEYER WEINSTEIN, MORRIS MAL-
KIN, MAX BECKMAN, GUS NICHOLS, MINNIE SHANIN,
LOUIS YANOWITZ, LENON BERGER, JOHN CARRAS,
Appellants.

*Crimes — disorderly conduct — judgments of conviction reversed.*

(Argued April 9, 1928; decided May 1, 1928.)

APPEALS, by permission, from a judgment of the Court
of Special Sessions of the city of New York, entered Sep-
tember 27, 1927, which affirmed judgments of the Magis-
trate's Courts of the city of New York convicting defend-
ants of disorderly conduct. (See *People* v. *Nixon*, 248
N. Y. 182.)

*Aiken A. Pope* and *Jacob M. Mandelbaum* for appellant.

*Joab H. Banton*, District Attorney (*Felix C. Benvenga*
and *John C. McDermott* of counsel), for respondent.

Judgment of Court of Special Sessions and that of the City Magistrate's Court reversed and defendants discharged on opinion in *People* v. *Nixon* (248 N. Y. 182).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.